# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>OMAR NEDEL ZEPEDA APODACA,<br>  aka Omar Zepeda,<br><br>  Defendant. | Case No.: 21-CR-2301-AJB<br><br>**JUDGMENT AND ORDER DISMISSING THE INDICTMENT WITHOUT PREJUDICE** |

Based on the motion of the United States to dismiss the Indictment without prejudice, and in furtherance of the interests of justice, the Court orders that the Indictment (ECF No. 11) in the above-entitled action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  November 19, 2021

_____
Hon. Anthony J. Battaglia
United States District Judge